**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1628**

TODD M. JACK, MS, PhD, Trustee,

Plaintiff - Appellant,

v.

PRESIDENT CUTLER DAWSON,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, District Judge.  (5:09-cv-00032-gec)

Submitted:  January 20, 2010       Decided:  February 3, 2010

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Todd M. Jack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd M. Jack appeals the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jack v. Dawson, No. 5:09-cv-00032-gec (W.D. Va. May 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED